UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JUSTTECH, LLC, a Maryland limited liability company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 1:22-cv-22454 ) |
| KASEYA US LLC, a Delaware limited liability company, | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff JustTech, LLC ("JustTech") certifies that JustTech is a non-governmental corporate party and that JustTech does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: August 9, 2022                                     Respectfully submitted,

                                              **GORDON REES SCULLY MANSUKHANI, LLP**

                                               *s/ Joseph A. Sacher*
                                              **JOSEPH A. SACHER**
                                              FBN 174920
                                              *jsacher@grsm.com*
                                              **ANDREW R. SCHINDLER**
                                              FBN 124845
                                              *aschindler@grsm.com*
                                              Miami Tower, Suite 3900
                                              100 SE Second Street
                                              Miami, FL 33131
                                              Tel: 305-428-5339

                                              Joseph L. Meadows, Esq. (PHV forthcoming)
                                              Email: jmeadows@grsm.com
                                              1101 King Street, Suite 520
                                              Alexandria, VA 22314
                                              Tel: 703-650-7011 / Fax: 202-800-2990

                                              **COUNSEL FOR PLAINTIFF**