UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUSTTECH, LLC, a Maryland limited liability company,

    Plaintiff,

v.

KASEYA US LLC, a Delaware limited liability company,

    Defendant.

Case No. 1:22-cv-22454-JLK

**DEFENDANT KASEYA US, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kaseya US LLC ("Kaseya"), by and through its undersigned counsel, hereby certifies that Kaseya is a wholly owned subsidiary of Kaseya, Inc., a Delaware corporation and a privately-held corporation.

Dated: August 17, 2022

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Olga M. Vieira*
Olga M. Vieira
Florida Bar No. 29783
olgavieira@quinnemanuel.com
Secondary: olgagarcica@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive
15th Floor
Miami, FL 33133
(305) 496-2988

Viola Trebicka (Admitted *Pro Hac Vice*)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

*Counsel for Defendant Kaseya US LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notice of Electronic Filing.

By: */s/ Olga M. Vieira*
Olga M. Vieira
Fla. Bar No. 29783